IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number:  CR 3:20-07 |
| | ) | |
| TAMMIE BROLIN | ) | |
| Defendant. | ) | |

**PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)**

**TITLE OF DOCUMENT:**

SEALED SENTENCING SUPPLEMENT

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**