IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 20-07 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TAMMIE BROLIN, ) | |
| ) | |
| Defendant.. ) | |
| ) | |
| ) | |

### DEFENDANT, TAMMIE BROLIN'S, POSITION
### WITH RESPECT TO SENTENCING FACTORS

AND NOW comes Defendant, Tammie Brolin, by and through her attorney, Martin A. Dietz, Esquire, and informs the Court that she has no objections or corrections to the Presentence Investigation Report.

Respectfully submitted,

  s/ Martin A. Dietz

Martin A. Dietz, Esquire
Pa. I.D. No. 69182

2885 Wildwood Road Extension
Allison Park, PA 15101
(412) 261-5520
(412) 312-3804 fax
mdietzesquire@gmail.com

Attorney for Defendant,
Tammie Brolin