IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff | : | CR No. 3:20-07-06 |
| | : | |
| vs. | : | |
| | : | |
| TAMMIE BROLIN | : | |
| Defendant | : | |

HEARING:   Sentencing on February 7, 2023

Before Judge Kim R. Gibson

| Maureen Sheehan-Balchon, AUSA | Martin A. Dietz, Esquire |
|---|---|
| Appear for Plaintiff | Appear for Defendant |
| Hearing Began: 10:32 a.m. | Hearing Ended: 11:10 a.m. |
| CRD   Debbie Gorgone | Stenographer   Shirley Hall |

This was the time and place set for Sentencing in this case. Counsel entered their appearances. This sentencing was conducted via Zoom with all parties' consent. Defendant sworn. Defendant previously pled guilty to Count Two of the Superseding Indictment. Sentencing guidelines and sentencing options given. Defendant was sentenced to 120 months of imprisonment. Upon release from imprisonment, the Defendant shall be on supervised release for a term of 5 years. Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment. Defendant shall pay to the United States a special assessment of $100, which shall be paid to the United States District Court Clerk forthwith. Defendant shall remain detained pending designation by the Bureau of Prisons. Defendant's appeal rights given.